Surrogate's Court of Kings county affirmed, with $10 costs and disbursements.

MURRAY, Respondent, v. WESTCHESTER HAT MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Mary Murray against the Westchester Hat Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

MUSLINER v. WARBURG. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Silas Musliner against Paul M. Warburg. No opinion. Application denied, with $10 costs. Order signed.

MYERS, Appellant, v. FOX, Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Tina Myers against Andreas Fox, as executor of Franziska Knoth, deceased. No opinion. Order modified, so as to impose as the condition of granting a new trial the payment of costs of the trial already had and the disbursements to the date of the order, and, as so modified, affirmed without costs.

NATIONAL METAL EDGE BOX CO., Appellant, v. GOTHAM, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by the National Metal Edge Box Company against Darwin B. Gotham.
PER CURIAM. Order of reversal entered herein on March 4, 1908 (109 N. Y. Supp. 450), amended to read as follows: "Ordered, that the judgment so appealed from be, and the same hereby is, reversed, and a new trial ordered, with costs to appellant to abide the event, upon questions of law and of fact."

NAYLOR et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by George Naylor, Jr., and another against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs. See 103 N. Y. Supp. 966.

NEASE, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Samuel Nease against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment affirmed, with costs.
SPRING and KRUSE, JJ., dissent, on the authority of Berkery v. Erie R. Co., 55 App. Div. 489, 67 N. Y. Supp. 189, affirmed 172 N. Y. 636, 65 N. E. 1113. See 109 N. Y. Supp. 1139.

NELLIGAN, Appellant, v. DEVINEY, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by James D. Nelligan against Jay C. Deviney. No opinion. Judgment unanimously affirmed, with costs.

NELSON, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Per Nelson against the New York City Railway Company. N. S. Spencer, for appellant. W. H. Wood, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NEMROW et al., Respondents, v. ASSEMBLY CATERING & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Joseph Nemrow and others against the Assembly Catering & Supply Company. No opinion. Judgment of the Municipal Court affirmed, with costs. See 106 N. Y. Supp. 109.

NEWTON, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Charles Newton against the International Railway Company.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., not sitting.

NEW YORK & N. J. TELEPHONE CO., Respondent, v. ROSENTHAL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1908.) Action by the New York & New Jersey Telephone Company against Alexander S. Rosenthal, individually and as justice of the Municipal Court of the city of New York, Franklin B. Van Wart, individually and as clerk of the Municipal Court of the city of New York, borough of Brooklyn, Second district, Alfred Freeman, individually and as marshal of the city of New York, and others. No opinion. Motion denied, on condition that the parties stipulate that the omitted undertaking be submitted on the argument of the appeal; otherwise, motion granted, without costs.

NEW YORK EVENING JOURNAL PUB. CO. v. WM. F. SIMPSON ADVANCE AGENCY. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by the New York Evening Journal Publishing Company against the Wm. F. Simpson Advance Agency. No opinion. Application denied, with $10 costs. Order signed.

NICHOLS, Respondent, v. NEW YORK & P. TELEGRAPH & TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Jesse L. Nichols against the New York & Pennsylvania Telephone & Telegraph Company. No opinion. Motion for leave to appeal to Court of Appeals granted.

NICHOLS GAS FIXTURE MFG. CO., Respondent, v. CLARKE CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Nichols Gas Fixture Manufacturing Company against the Clarke Construction Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.